UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-04199-RGK (Ex) | Date | October 5, 2009 |
|---|---|---|---|
| Title | SIENI PATU v. BRIAN SNOWDEN, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Lynne Nicholson | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mervyn Lazarus | Deborah Knefel |

**Proceedings:**     **SCHEDULING CONFERENCE**

    Case called. Court and counsel confer. The Scheduling Conference is held. The Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 8 days): | June 29, 2010 at 9:00 a.m. |
| Pretrial Conference: | June 14, 2010 at 9:00 a.m. |
| Motion Cut-Off (last day to file): | April 14, 2010 |
| Discovery Cut-Off: | March 31, 2010 |

    Last day to motion the Court to amend pleadings or add parties is October 30, 2009. The parties inform the Court that they have selected Settlement Option 1 - Magistrate Judge.

    **IT IS SO ORDERED.**

                                                                                                                                                      :    3

Initials of Preparer   slw