Mervyn S Lazarus (SBN 140492)
LAW OFFICES OF MERVYN S LAZARUS
4340 Campus Drive, Suite 100
Newport Beach, CA 92660
(949)315-0102
(949)786-1525 Fax
E-mail: msl@proklaw.com

Attorneys for Plaintiff Sieni T. Patu.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIENI T. PATU | Case No: CV 09-04199 RGK (Ex) |
| **Plaintiff,** | Assigned to the Honorable R. Gary Klausner |
| vs. | **NOTICE OF FILING BY PLAINTIFF OF DEFENDANT CHIEF JOHN WELTER'S WAIVER OF SERVICE OF SUMMONS** |
| ANAHEIM POLICE OFFICER BRIAN SNOWDEN et al.; DOES 1 Through 10, | |
| **Defendants.** | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Please take notice that on December 24, 2009 Plaintiff Sieni T. Patu filed a Waiver of Service of Summons by Defendant CHIEF JOHN WELTER in the above-captioned matter in the United States District Court for the Central District of California. A true and correct copy of the waiver is attached hereto.

1

NOTICE OF FILING OF DEFENDANTS WAIVER OF SERVICE OF SUMMONS

1    DATED: December 24, 2009          Law Offices of Mervyn S. Lazarus

2

3

4

5                                     By:  _Maz_____

6                                          Mervyn S. Lazarus

7                                          Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2

NOTICE OF FILING OF DEFENDANTS WAIVER OF SERVICE OF SUMMONS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIENI T. PATU | CASE NUMBER |
| PLAINTIFF(S) | CV 09-04199 RGK (Ex) |
| v. | |
| ANAHEIM POLICE OFFICER BRIAN SNOWDEN ET AL. | **WAIVER OF SERVICE OF SUMMONS** |
| DEFENDANT(S). | |

To: __MERVYN S. LAZARUS ESQ.__
*(Name of Plaintiff's Attorney or Unrepresented Plaintiff)*

I hereby acknowledge receipt of your request that I waive service of a summons in the above-entitled action. I have also received a copy of the complaint in the action, two copies of this waiver form, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served within 60 days after* ___OCTOBER 22, 2009___, or within 90 days after that date if the request was sent outside the United States.

*Date Notice of Lawsuit and Request for Waiver of Service Summons is sent.

_____
Date Signed by Receiving Party

DEBORAH P. KNEFEL ESQ.
Name

200 SOUTH ANAHEIM BLVD., SUITE 356
Street Address

ANAHEIM, CA 92805
City, State, Zip Code

_Signature_

(TEL) 714-765-5169  (FAX) 714-765-5123
Telephone Number and Fax Number

DEPUTY CITY ATTORNEY
Relationship to Entity on Whose Behalf I am Acting

CHIEF JOHN WELTER
Name of Party Waiving Service

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of summons was received.

CV-108 (06/98)                    WAIVER OF SERVICE OF SUMMONS

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within entitled cause; my business Address is 4340 Campus Drive, Suite 100, Newport Beach, California 92660.

On December 24, 2009 I served the attached **NOTICE OF FILING BY PLAINTIFF OF DEFENDANT CHIEF JOHN WELTERS WAIVER OF SERVICE OF SUMMONS** on all interested parties in said cause, by causing a true copy thereof in a stamped sealed envelope to be sent by U.S. mail in Newport Beach addressed as follows:

Deborah P. Knefel Esq.
Deputy City Attorney
City of Anaheim
200 South Anaheim Blvd, Suite 356
Anaheim, CA 92805

I declare under penalty of perjury that the foregoing is true and correct and That on the date stated above, this declaration was executed at Newport Beach, California.

_____
Mervyn S. Lazarus

NOTICE OF FILING OF DEFENDANTS WAIVER OF SERVICE OF SUMMONS