| | |
|---|---|
| DANIEL K. SPRADLIN - State Bar No. 82950<br>dspradlin@wss-law.com<br>CAROLINE A. BYRNE - State Bar No. 196541<br>cbyrne@wss-law.com<br>ROBERTA A. KRAUS - State Bar No. 117658<br>bkraus@wss-law.com<br>WOODRUFF, SPRADLIN & SMART, APC<br>555 Anton Boulevard, Suite 1200<br>Costa Mesa, California 92626-7670<br>Telephone: (714) 558-7000<br>Facsimile: (714) 835-7787 | JS-6 |

CRISTINA L. TALLEY, CITY ATTORNEY
AARON C. HARP, SR., ASSISTANT CITY ATTORNEY
aharp@anaheim.net
DEBORAH P. KNEFEL, DEPUTY CITY ATTORNEY
dknefel@anaheim.net
200 South Anaheim Boulevard, Suite 356
Anaheim, CA 92805-3820
Telephone: (714) 765-5169
Facsimile: (714) 765-5123

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIENI PATU,<br><br>      Plaintiff,<br><br>v.<br><br>ANAHEIM POLICE OFFICER BRIAN SNOWDEN; ANAHEIM POLICE OFFICER JOSSUE HERNANDEZ, CITY OF ANAHEIM, CHIEF JOHN WELTER, ANAHEIM DETENTION MANAGER MICHAEL RICHARDSON; OFFICER ED BENNET; OFFICER MARK DEBOLT; OFFICER BRUCE WARNER; OFFICER MEL MIRANDA; OFFICER ESPER NERI; OFFICER KATHY ALVARADO; OFFICER DON BRIGGS; OFFICER SONIA CONKLIN; SGT. J. CLAPPER, DOES 1 THROUGH 10,<br><br>      Defendants. | CASE NO.: CV09-04199RGK (Ex)<br><br>ASSIGNED FOR ALL PURPOSES TO HONORABLE R. GARY KLAUSNER<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL** |

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

720438.1

1

1  The Court having considered the joint stipulation of the parties to dismiss this
2  matter, and good cause having been shown therefor,
3  IT IS SO ORDERED that the joint stipulation to dismiss this matter with
4  prejudice pursuant to Federal Rules of Civil Procedure is GRANTED.

Dated:  July 27, 2010

_____
HON. R. GARY KLAUSNER
JUDGE OF THE UNITED STATES
DISTRICT COURT

2

720438.1